UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan David Blecher,<br><br>                          Plaintiff,<br>v.<br><br>Matthew S. Goldberg et al.,<br><br>                         Defendants. | Case No. 1:25-cv-10341 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Jeremy Shockett, will be serving as counsel for Defendant, Matthew S. Goldberg, in the above- captioned matter. All papers in this proceeding must be served upon the undersigned at the address listed below.

I certify that I am admitted to practice in this Court.

Dated: January 29, 2026

                                                  **ANDERSON KILL P.C.**

By:   */s/ Jeremy Shockett*
         Jeremy Shockett, Esq.
         7 Times Square, 15th Floor
         New York, NY 10036
         Telephone: (212) 278-1000
         E-mail: jshockett@andersonkill.com

         *Attorneys for Defendant*
         *Matthew S. Goldberg*