UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN DAVID BLECHER,

                    Plaintiff,

-against-

MATTHEW S. GOLDBERG, et al.,

                    Defendants.

Case No. 1:25-cv-10341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 12, 2026, Plaintiff filed a motion to disqualify opposing counsel, Brian Graifman, from representing Defendants Matthew Goldberg ("Goldberg") and Anthony Novella ("Novella"), stay the case for 30 days so Defendants can retain new counsel, and issue an order to preserve evidence. *See* Dkt. 26. On January 29, 2026, attorneys Jeremy Schockett and Jason Kosek entered a notice of appearance on behalf of Defendant Goldberg, *see* Dkts. 33, 34, and Defendants filed a motion to substitute counsel wherein Graifman would withdraw as Goldberg's counsel but continue as counsel for Defendant Novella, *see* Dkt. 35. Defendants also filed a letter motion requesting the Court dismiss Plaintiff's motion as moot or grant a seven-day extension for Defendant's deadline to respond. *See* Dkts. 36, 37. Plaintiff opposed both requests. *See* Dkts. 38, 39. Based on these filings, the Court HEREBY ORDERS:

1. Defendants' motion to substitute counsel at Dkt. 35 is GRANTED.

2. Defendants' motion requesting the Court dismiss Plaintiff's motion as moot at Dkt. 37 is DENIED.

3. Defendants' request for an extension, Dkt. 37, to respond to Plaintiffs motion at Dkt. 26 is GRANTED, extending the deadline from February 2, 2026 to **February 9, 2026**.

The Clerk of the Court is respectfully directed to terminate Brian Graifman as counsel of record for Defendant Matthew Goldberg.  Furthermore, the Clerk of the Court is respectfully directed to close the open gavels at Dkts. 35, 36, 37, and 38.

Dated:  February 2, 2026
        New York, New York

                                SO ORDERED.


                                _Jennifer Rochon_____
                                JENNIFER L. ROCHON
                                United States District Judge

2