UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN DAVID BLECHER,

                    Plaintiff,

      -against-

MATTHEW S. GOLDBERG, et al.,

                  Defendants.

Case No. 1:25-cv-10341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 27, 2026, Plaintiff filed an amended complaint as of right following Defendant's motion to dismiss.  Dkt. 70.  Per the Court's Individual Rule 3(B), the motion to dismiss is denied as moot without prejudice to refiling with respect to the amended complaint. The Clerk of the Court is respectfully directed to terminate the motions at Dkt. 58, Dkt. 65, and Dkt. 69.

Dated: March 4, 2026
       New York, New York

                          SO ORDERED.

                          JENNIFER L. ROCHON
                          United States District Judge