# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jason Kosek, Esq.
jkosek@andersonkill.com
212.278.1028

March 9, 2026

BY MAIL (w encls.) & VIA ECF (w/o encls.)
Judge Jennifer L. Rochon
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re:  Courtesy Copies of MOLs from Plaintiff's Disqualification Motion
     *Blecher v. Goldberg, et al.,* 25-cv-10341-JLR

Dear Judge Rochon:

I represent defendant Matthew Goldberg. With consent of counsel for co-defendant Anthony Novella, I enclose here two (2) courtesy copies (pursuant to ¶ 3.F of your Individual Rules of Practice in Civil Cases) of each of the following memoranda of law on plaintiff's motion to disqualify counsel:

| | |
|---|---|
| ECF 50 | Memorandum of Law in Support of Plaintiff's Motion to Disqualify Counsel (Feb 11, 2026); |
| ECF 44 | Opposition [MOL of Matthew Goldberg] to Plaintiff's Motion to Disqualify Counsel (Feb. 9, 2026); |
| ECF 68 | Memorandum of Law of Anthony Novella Opposing Plaintiff's Motion for Disqualification of Brian Graifman or Any Borah Goldstein Attorney (Feb. 24, 2026); and |
| ECF 80 | Plaintiff's Reply Memorandum of Law in Support of Motion. (Mar. 9, 2026). |

As the motion papers are all filed on ECF, we provide the memoranda of law, and do so for all sides (pursuant to ¶ 4.B of your Individual Rules & Practices in Civil Pro Se Case, harmonized with rule cited above).

Respectfully,

Jason Kosek