**VIA ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/17/26___

**RE: *Blecher v. Goldberg et al.*, Case No. 1:25-cv-10341-JLR-BCM
Withdrawal of Motions to Disqualify Counsel With Prejudice**

Dear Judge Moses:

Pursuant to the Court's April 10, 2026 Order (Dkt. 114), Plaintiff *pro se* Jonathan Blecher respectfully advises the Court that he elects to withdraw his pending Motions to Disqualify Counsel (Dkts. 26 and 50) **with prejudice**.

Accordingly, Plaintiff requests that the motions be formally terminated on the docket.

Respectfully submitted,

*/s/ Jonathan Blecher*
**JONATHAN BLECHER**
Plaintiff *Pro Se*

Application GRANTED. Plaintiff's motions to disqualify counsel are withdrawn with prejudice. The Clerk of Court is respectfully directed to close the motions at Dkts. 26 and 50.

SO ORDERED.

April 17, 2026

**Barbara Moses**
**United States Magistrate Judge**

**MEMO ENDORSED**

1